# United States Court of Appeals
### For the Eighth Circuit
_____

No. 24-3246
_____

Jimmy Jacoby Carr

*Plaintiff - Appellant*

v.

Michael Roberts, Police Officer; Scott Hauptmann, Correctional Officer

*Defendants - Appellees*

Pottawattamie County Jail; Council Bluffs Police Department; Anamosa State
Penitentiary; Fort Dodge Correctional Facility

*Defendant*s
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: October 29,2025
Filed: November 3, 2025
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Iowa prisoner Jimmy Carr appeals following the district court's[1] adverse grant of summary judgment in this civil rights action. Upon careful review, we find Carr waived his claims against Scott Hauptmann by failing to make any meaningful argument in his opening brief challenging the grant of summary judgment for Hauptmann. See Jenkins v. Winter, 540 F.3d 742, 751 (8th Cir. 2008) (where there is no meaningful argument on claim in opening brief, it is deemed waived). For the reasons stated by the district court, we also conclude the grant of summary judgment for Michael Roberts was proper. See Fair v. Norris, 480 F.3d 865, 869 (8th Cir. 2007) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable William P. Kelly, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).